

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | |
| v. | | CASE NO. 4:25-CR-00210-JDK |
| JESUS SANCHEZ (7) | | |

# ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived the right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to re-raising the issue of pretrial detention at any time.

So ORDERED and SIGNED this March 5, 2026.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE