AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>JESUS SANCHEZ (7)<br>aka "Peso"<br><br><br>*Defendant* | )<br>)<br>) Case No.  4:25cr210-JDK-JDL<br>)<br>)<br>) |

**1:55 pm Feb 12, 2026**

*RECEIVED*

**EASTERN DISTRICT OF TEXAS**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JESUS SANCHEZ (7) aka "Peso"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1-21 U.S.C. § 846 -Conspiracy to Distribute or Possess with Intent to Distribute or Dispense
Methamphetamine

Date:    02/11/2026

City and state:    Sherman, Texas

*David A. O'Toole*
*Issuing officer's signature*

David A. O'Toole, Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  02/11/26  , and the person was arrested on *(date)*  03/03/26<br>at *(city and state)*   Dallas, TX  .<br><br>Date:   03/03/26<br><br><br>*#125*<br>*Arresting officer's signature*<br><br>TFO J. Ricketts<br>*Printed name and title* |